IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No.  06-cv-01324-BNB

'AUG 1 6 2006

JASON MOORE,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

JOE ORTIZ, et al.,
WARDEN CROUSE,
CORRECTIONAL CORP. OF AMERICA, and
OFFICER BISHOP,

Defendants.

---

## ORDER

---

Section 455, 28 U.S.C., requires that a judge disqualify himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. United States v. Gigax, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality." Id.; Webbe v. McGhie Land Title Co., 549 F.2d 1358, 1361 (10th Cir. 1977).

I have concluded that a basis exists in this case upon which my impartiality might reasonably be questioned. Accordingly,

IT IS ORDERED that I hereby disqualify myself from further action in this case. The Clerk of the Court is directed to cause the case to be reassigned to another magistrate judge.

Dated August 16, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-01324-BNB

Jason Moore
Prisoner No. 121388
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _8 - 16 - 06_

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk