IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01324-MSK-BNB

JASON MOORE,

    Plaintiff,

v.

JOE ORTIZ, et al.,
WARDEN CROUSE,
CORRECTIONAL CORP OF AMERICA,
OFFICER BISHOP,
SGT. RUBIO,
OFFICER MARTINEZ,
OFFICER DIVERS, and
LT. ROMERO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 12 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 11th day of October, 2006

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01324-MSK-BNB

Jason Moore
Prisoner No. 121388
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

Joe Ortiz - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Jim Higby - CERTIFIED
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**Service documents sent for: Warden Crouse, Officer Bishop, Sgt. Rubio, Officer Martinez, Officer Divers, and Lt. Romero**

US Marshal Service
Service Clerk
Service forms for: Corrections Corporation of America

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst and to Jim Higby for service of process on Joe Ortiz, Warden Crouse, Officer Bishop, Sgt. Rubio, Officer Martinez, Officer Divers, and Lt. Romero, and to the United States Marshal Service for process of service on Corrections Corporation of America: AMENDED COMPLAINT FILED 9/22/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/12/06 .

                                GREGORY C. LANGHAM, CLERK

                                By: _Andrea_
                                        Deputy Clerk